UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, | Civil Action No. 13-cv-11486 IT
and on behalf of the STATES of
CALIFORNIA, COLORADO,
CONNECTICUT, DELAWARE,
FLORIDA, GEORGIA, HAWAII
ILLINOIS, INDIANA, IOWA,
LOUISIANA, MARYLAND, MICHIGAN,
MINNESOTA, MONTANA, NEVADA,
NEW HAMPSHIRE, NEW JERSEY,
NEW MEXICO, NEW YORK, NORTH
CAROLINA, OKLAHOMA, RHODE
ISLAND, TENNESSEE, TEXAS,
WASHINGTON, WISCONSIN, DISTRICT
OF COLUMBIA and COMMONWEALTH
OF MASSACHUSETTS, COMMONWEALTH
OF VIRGINIA, THE CITY OF CHICAGO
and CITY OF NEW YORK.
*ex rel.* MOHSEN REIHANIFAM,

    Plaintiffs,

v.

FRESENIUS USA, INC. and,
FRESENIUS MEDICAL CARE
HOLDINGS, INC. d/b/a FRESENIUS
MEDICAL CARE NORTH AMERICA.

    Defendants.

## (PROPOSED) ORDER FOR JOINT NOTICE OF THE COMMONWEALTH OF MASSACHUSETTS AND OTHER PLAINTIFFS' ELECTION TO DECLINE INTERVENTION

The States of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Washington, Wisconsin, the Commonwealth of Massachusetts, the

Commonwealth of Virginia, the City of Chicago, and City of New York (collectively, the "Plaintiff States"), having declined to intervene in this matter pursuant to the False Claims Act, 31 U.S.C. 3730(b)(4)(B), and the corresponding sections of the false claims statutes of the respective Plaintiff States, and the State of Maryland requesting dismissal of its False Claims Act claims, the Court rules as follows:

1. All Orders of this Court shall be served by Relator upon the Plaintiff States, including the City of Chicago and City of New York;

2. The Plaintiff States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

3. All claims pertaining to the State of Maryland only shall be dismissed;

4. The parties shall serve all notices of appeal upon the Plaintiff States;

5. In the event Relator proposes that any of the claims brought on behalf of the Plaintiff States be dismissed, settled or otherwise discontinued, Relator shall comply with whatever notification and consent requirements exist under the relevant statutes or local false claims statutes in order that the Plaintiff States may exercise whatever procedural rights they may possess before the Court rules or grants its approval;

6. This order and the underlying Joint Notice shall be unsealed upon this Court's order unsealing the Relator's complaint;

7. The District of Columbia as a named Plaintiff is unaffected by this order.

IT IS SO ORDERED.

Dated: 9/30/14

Honorable Indira Talwani
United States District Judge