UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA et al., *<br>*ex rel.* MOHSEN REIHANIFAM *<br>*<br>Plaintiffs-Relators, *<br>*<br>v. *<br>*<br>FRESENIUS USA, INC. and FRESENIUS *<br>MEDICAL CARE HOLDINGS, INC. *<br>*doing business as* FRESENIUS MEDICAL *<br>CARE NORTH AMERICA *<br>*<br>Defendants. * | Civil Action No. 13-cv-11486-IT |

ORDER DENYING MOTION TO SEAL

April 29, 2015

TALWANI, D.J.

Before the court is Relator's Motion to Seal Document [#46]. This motion seeks to file supplemental materials in support of Relator's counsel's pending motion to withdraw under seal. The motion is hereby DENIED because such supplemental materials are unnecessary for the court's disposition of the pending motion to withdraw, which the court anticipates granting upon receipt of confirmation that the United States and plaintiff States consent to voluntary dismissal of Relator's *qui tam* claims. See Order Regarding Qui Tam Claims [#47].

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge