UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA et al., *ex rel.* MOHSEN REIHANIFAM <br><br> Plaintiffs-Relators, <br><br> v. <br><br> FRESENIUS USA, INC. and FRESENIUS MEDICAL CARE HOLDINGS, INC. *doing business as* FRESENIUS MEDICAL CARE NORTH AMERICA <br><br> Defendants. | Civil Action No. 13-cv-11486-IT |

ORDER

June 3, 2015

TALWANI, D.J.

On May 14, 2015, the court allowed Relator's counsel's motion to withdraw "contingent upon serving a copy of [the court's] order on Relator and filing with the court a certificate of service, including Relator's mailing address, for service of th[e] order on Relator." Order [#52]. On May 18, 2015, counsel filed the required certificate of service. See Certificate Service [#53]. Accordingly, counsel is withdrawn from the case. The clerk is directed to terminate counsel on the docket and indicate that Reihanifam is proceeding pro se.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge